IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01995-DME-KLM

STACEY ATWELL,

    Plaintiff,

v.

JOHNSON & JOHNSON, a New Jersey corporation;
ORTHO-McNEIL PHARMACEUTICAL, INC., a Delaware corporation; and
JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC,
a New Jersey limited liability company,

    Defendant(s).
_____

## MINUTE   ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

    This matter is before the Court pursuant to Plaintiff's Unopposed Motion to Vacate Scheduling/Planning Conference [Docket No. 13, Filed November 1, 2007] ("the motion").

    IT IS HEREBY **ORDERED** that the motion is **GRANTED**.  The Scheduling Conference set for November 6, 2007 at 11:30 a.m. is **vacated** and will be reset by the Court, if appropriate.

Dated:        November 2, 2007